JERROLD ABELES, State Bar No. 138464
Abeles.jerry@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90071
Telephone:  213 629-7400
Facsimile:   213 629-7401

E-FILED 05/05/09

MICHAEL A. GROW, Admitted *Pro Hac Vice*
Grow.michael@arentfox.com
ELIZABETH H. COHEN, Admitted *Pro Hac Vice*
Cohen.elizabeth@arentfox.com
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
Telephone:  202 857-6000
Facsimile:   202 857-6395

Attorneys for Plaintiff and Counterdefendant
COVERALL NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COVERALL NORTH AMERICA, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**ACI CLEAN CONCEPTS, INC., PETRA HERNANDEZ, and OMAR HERNANDEZ**,<br><br>Defendants. | Case No.  CV 08-04086-PSG (FMOx)<br><br>**[PROPOSED] PROTECTIVE ORDER** |
| **ACI CLEAN CONCEPTS, INC., PETRA HERNANDEZ, and OMAR HERNANDEZ,**<br><br>Counterclaimant,<br><br>v.<br><br>**COVERALL NORTH AMERICA, INC.,**<br><br>Counterdefendant. | |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

1
2
3

The Court, having considered the Stipulation for Entry of Protective Order executed by counsel for Plaintiff and Defendants, and good cause appearing, adopts the Stipulation as an Order of the Court.

4
5

IT IS SO ORDERED.

6
7

Dated:  05/04/09  _____

PHILIP S. GUTIERREZ
_____

8

UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28