JERROLD ABELES, State Bar No. 138464
Abeles.jerry@arentfox.com
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90071
Telephone: 213 629-7400
Facsimile: 213 629-7401

MICHAEL A. GROW, Admitted *Pro Hac Vice*
Grow.michael@arentfox.com
ELIZABETH H. COHEN, Admitted *Pro Hac Vice*
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone: 202 857-6000
Facsimile: 202 857-6395

Attorneys for Plaintiff and Counterdefendant
COVERALL NORTH AMERICA, INC.

E-FILED 05-19-09

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COVERALL NORTH AMERICA, INC.,** | Case No. CV 08-04086-PSG (FMOx) |
| Plaintiff, | **CONSENT JUDGMENT** |
| v. | |
| **ACI CLEAN CONCEPTS, INC., PETRA HERNANDEZ, and OMAR HERNANDEZ,** | |
| Defendants. | |
| **ACI CLEAN CONCEPTS, INC., PETRA HERNANDEZ, and OMAR HERNANDEZ,** | |
| Counterclaimant, | |
| v. | |
| **COVERALL NORTH AMERICA, INC.,** | |
| Counterdefendant. | |

The parties having (i) entered into a settlement agreement resolving this dispute and (ii) jointly moved for entry of this Consent Judgment terminating this proceeding, and for good cause shown, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over the subject matter of this action under § 39 of the Trademark Act, 15 U.S.C. § 1121, and under 28 U.S.C. §§ 1331, 1332, 1338 and 1367.

2. Plaintiff Coverall North America, Inc. is a corporation organized and existing under the laws of the State of Delaware with a business address at 5201 Congress Avenue, Boca Raton, Florida 33487.

3. Defendants Petra Hernandez and Omar Hernandez are individuals residing within the State of California.

4. Defendant ACI Clean Concepts, Inc. is a corporation organized and existing under the laws of the State of California with a business address at 1121 Tama Lane, Santa Maria, California 93455.

5. Plaintiff is the owner of all right, title, and interest in and to the trademarks or service marks CLEANING CONCEPTS and COVERALL CLEANING CONCEPTS for cleaning, janitorial, and franchising services.

6. Defendants have used CONCEPT or CONCEPTS as a portion of trade names, trademarks or service marks in connection with cleaning and janitorial services.

7. Pursuant to 15 U.S.C. § 1167, the laws of the State of California, the common law, and the parties' settlement agreement, the Defendants and each of their officers, agents, servants, employees, and all others acting on Defendants' behalf or in concert or privity with the Defendants, are permanently enjoined from using, seek to register, registering, or authorizing others to use, seek to register, or register any name or mark that includes the word "CONCEPT(S)". The Defendants

and all others noted above shall have nine (9) months of the effective date of the parties' settlement agreement to discontinue all use of the word CONCEPT or CONCEPTS alone or in combination with other words or phrases as a company name, trademark, service mark or trade name in connection with the advertising, sale or offer of any goods or services.

8. Within nine (9) months of the effective date of the parties' settlement agreement, the Defendants shall modify or destroy any and all materials in their possession or control that include or display any name or mark incorporating the word CONCEPT or CONCEPTS, including without limitation any and all signs, uniforms, business forms, promotional or informational literature, and cards, stationery, Internet content, and advertisements.

9. Each party shall bear the costs and attorneys' fees it has incurred in connection with this matter without recourse to any other party.

10. The Court hereby retains jurisdiction over this matter for purposes of enforcing the settlement agreement between the parties and this Consent Judgment.

**IT IS SO ORDERED.**

05/18/09                                    **PHILIP S. GUTIERREZ**
**Dated**                                   **UNITED STATES DISTRICT JUDGE**